■ In the Matter of JUAN CALDERON, Appellant, v ROY F. BOMBARD, as Superintendant of Greenhaven Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated May 11, 1976, which dismissed the proceeding. Judgment affirmed, without costs or disbursements (see *Matter of Escobar v Roberts,* 29 NY2d 594, cert den 404 US 1047). Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.

■ In the Matter of ALAN SIMMONDS, Petitioner, v MARIO M. CUOMO, as New York Secretary of State, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Secretary of State, dated January 5, 1976, which, after a hearing, found that petitioner had demonstrated untrustworthiness and suspended his broker's license for a period of three months or, in lieu thereof, fined him $250. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. On this record, we believe that the determination was based upon substantial evidence and that petitioner was afforded a full and fair hearing. Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.